UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TONYA JOYNER SCOTT, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-567-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 8] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

**This Judgment Filed and Entered on February 12, 2024, and Copies To:**

Tonya Joyner Scott         (via US Mail to 7812 Sonoma Creek Ln, Wake Forest, NC 27587-5948)

DATE: February 12, 2024              PETER A. MOORE, JR., CLERK

                                     (By)  /s/ Stephanie Mann
                                     Deputy Clerk